# UNITED STATES DISTRICT COURT
## District of Minnesota

Case Number: CV. 02-817 DSD/SRN

RECEIVED
APR 17 2002
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

**PETITION FOR ADMISSION PRO HAC VICE**
**FOR U.S. GOVERNMENT ATTORNEY USE ONLY**
(Filing Fee Waived)

**Affidavit of Proposed Admittee**

I, Charles J. Kerstetter, am currently a member in good standing of the bar of the United States District court for the Eastern District of Pennsylvania, but not admitted to the bar of this court. I will be representing Securities & Exchange Commission, (Government Agency) in the following listed action:

Case Number: 02-817 DSD/SRN Judge Assigned: ________

Title: SEC vs. George E. Kline, Erich A. Kline and Christian T. Kline

3/14/02
(Date)

[signature]
(Signature)

~~Soc.Sec.#~~

Govt.Agency: U.S. Securities & Exchange Commission
Suite/Bldg: 900
Street Address: 175 W. Jackson Blvd.
P.O. Box #:
City State Zip: Chicago, IL 60604
Telephone: (312) 353-7390

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

3/14/02
(Date)

[signature]
(Signature)

Name: Donald S. Allerjuka
Title: Supervisory Program Analyst
U.S. Agency: U.S. Securities & Exchange Commission

Motion granted: [signature] APR 17 2002
FOR THE COURT: ~~Francis E. Dosal~~, Clerk Date

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

Attorney Admissions Clerk
U.S. District Court
708 Federal Building
316 N. Robert Street
St. Paul, MN 55101

I:\ATTORNEY\PHVGOVT.F
Rev. 9/95

FILED APR 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK